UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN ALAN PETERS | Case No. 3:24-CR-82-CCB-SJF |

### ORDER

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed March 12, 2025. (ECF 20). Defendant Jonathan Alan Peters pleaded guilty to Count 1 of the Indictment charging him with production of child pornography in violation of 18 U.S.C. §§ 2251(a) and (e), and Count 2 of the Indictment charging him with distribution of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to the offenses as charged in the Indictment are hereby accepted, and the defendant is adjudged guilty of Count 1 and Count 2 of the Indictment.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party

expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on April 14, 2025.

                                       /s/*Cristal C. Brisco*
                                       CRISTAL C. BRISCO, JUDGE
                                       UNITED STATES DISTRICT COURT